UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELODY JOY BAKER,<br><br>         Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF VETERANS AFFAIRS COMPENSATION AND PENSION,<br><br>         Defendants. | 23-CV-1067 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the May 4, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 4, 2023
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge